UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KARLA VERONICA BARAJAS-AGUAYO,<br><br>    Plaintiff<br><br>v.<br><br>TARGET CORPORATION,<br><br>    Defendant | Case No.: 2:25-cv-00441-APG-MDC<br><br>**Order Striking Certificate of Interested Parties** |

    I ORDER that plaintiff Karla Barajas-Aguayo's certificate of interested parties (ECF No. 6) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the plaintiff's citizenship as required by the amendment to that rule.

    I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by April 7, 2025.

    DATED this 24th day of March, 2025.

                                                   ANDREW P. GORDON<br>                                                 CHIEF UNITED STATES DISTRICT JUDGE