**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
**JULIE A WHITE, ESQ.**
Nevada Bar No. 8725
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
7670 W Lake Mead Blvd, Suite 200
Las Vegas, Nevada 89128
Telephone:(702) 257-1997
Facsimile: (702) 257-2203
lyoung@lgclawoffice.com
jwhite@lgclawoffice.com

Attorneys for Defendant,
TARGET CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KARLA VERONICA BARAJAS-AGUAYO, individually,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION d/b/a TARGET, a foreign Corporation; DOES I through XXX, and ROE BUSINESS ENTITIES I through XXX, inclusive,<br><br>Defendants. | CASE NO: 2:25-cv-00441-GMN-MDC<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiff, KARLA VERONICA BARAJAS-AGUAYO, by and thorough her attorney of record, DONALD P. PARADISO, ESQ. of the law firm LADAH LAW FIRM; and Defendant, TARGET CORPORATION, by and through its attorneys of record, LOREN S. YOUNG, ESQ. and JULIE A. WHITE, ESQ., of the law firm LINCOLN, GUSTAFSON & CERCOS, LLP, that Plaintiff KARLA VERONICA BARAJAS-AGUAYO's Complaint, as well as all cross-claims, counter-claims, or other

///

///

///

related claims, are hereby dismissed as to all parties, with prejudice, each party to bear their attorney's fees and costs.

DATED this ___ day of July, 2026

**LADAH LAW FIRM**

/s/ 13913

**RAMZY P. LADAH, ESQ.**
Nevada Bar No. 11405
**DONALD P. PARADISO, ESQ.**
Nevada Bar No. 12845
517 S. Third Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff,
KARLA VERONICA BARAJAS-AGUAYO

DATED this 14 day of July, 2026

**LINCOLN, GUSTAFSON & CERCOS**

/s/

**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
**JULIE A. WHITE, ESQ.**
Nevada Bar No. 8725
7670 W. Lake Mead Blvd, Suite 200
Las Vegas, Nevada 89128
Attorneys for Defendant,
TARGET CORPORATION

IT IS SO ORDERED.

**DATED** this 17 day of July, 2026.

Gloria M. Navarro, District Judge
United States District Court